UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINO ECHEVERRIA,<br><br>       Plaintiff,<br><br>     v.<br><br>AUTOZONERS, LLC, *et al.*,<br><br>       Defendants. | Case No. 1:26-cv-03717-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY<br><br>(Doc. 6) |

The Court has read and considered the Consent Order Granting Substitution of Attorney Form AO-154 of Plaintiff Rufino Echeverria to substitute Shalini Dogra as counsel of record in place of David Angeloff. (Doc. 6).

In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                     

                                 UNITED STATES MAGISTRATE JUDGE